# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-12195-JKF

DAWN K. BURROWS

54 IVY COURT

QUAKERTOWN, PA 18951

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAWN K. BURROWS

54 IVY COURT

QUAKERTOWN, PA 18951

Counsel for debtor(s), by electronic notice only.

DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

                                    /S/ William C. Miller

Date: 8/8/2016                     _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee