United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dawn K. Burrows  
      Debtor

Case No. 14-12195-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Aug 17, 2016 |
|---|---|---|---|
| | Form ID: 167 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2016.
db         +Dawn K. Burrows,   54 Ivy Court,   Quakertown, PA 18951-2766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor   United States Department of Agriculture
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      DIANA M. DIXON   on behalf of Debtor Dawn K. Burrows dianamdixonesq@gmail.com
      THOMAS I. PULEO   on behalf of Creditor   United States Department of Agriculture
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
       mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
      TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dawn K. Burrows
  Debtor(s)

Case No: 14–12195–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Objection to Certification of Default of Santander Consumer USA, Inc.

on: 9/14/16

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/17/16

Timothy B. McGrath
Clerk of Court

77 – 76
Form 167