IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Dawn K. Burrows                              :Bankruptcy No. 14-12195

        Debtor                                              :Chapter 13

# PRAECIPE TO WITHDRAW DOCKET ENTRY # 26

**TO THE CLERK**:

    Kindly withdraw Docket Entry # 26.

                                           <u>S/Diana M. Dixon, Esq.</u>
                                           **Diana M. Dixon, Esq.**
                                           **107 N. Broad Street**
                                           **Suite 307**
                                           **Doylestown, PA  18901**