*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dawn K. Burrows  Case No: 14–12195–jkf

    Debtor(s)

---

### *CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 9/16/16

For The Court

Timothy B. McGrath
Clerk of Court

84
Form 210U