United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dawn K. Burrows  
      Debtor

Case No. 14-12195-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Sep 15, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.
db           +Dawn K. Burrows,    54 Ivy Court,    Quakertown, PA 18951-2766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    United States Department of Agriculture
        agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
      DIANA M. DIXON    on behalf of Debtor Dawn K. Burrows dianamdixonesq@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    United States Department of Agriculture
        tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
       mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Paul E. Williams<br>Esther A. Williams<br>Debtor(s) | Case No.: 16-14875-jkf<br>Chapter 7<br>Judge Jean K. FitzSimon<br>* * * * * * * * * * * * * * * * * |
| Wells Fargo Bank, NA<br>Movant,<br>vs<br>Paul E. Williams<br>Esther A. Williams<br>Bonnie B. Finkel<br>Respondents. | Date and Time of Hearing<br>September 14, 2016, at 9:30 a.m.<br>Place of Hearing<br>_____<br>U.S. Bankruptcy Court<br>900 Market Street<br>Philadelphia, PA 19107 |

**ORDER OF COURT**

AND NOW, this ___ day of _____ 20__, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, NA ("Creditor"), it is hereby **ORDERED**, that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, NA in and to the Real Property of Debtor located at 440 Grape Street, Warminster, PA 18974 and more particularly described in the Mortgage, recorded June 14, 2012, at Instrument Number 2012048758.

**IT IS FURTHER ORDERED,** that the Estate's interest in the real property referred to in the Motion, be and hereby is ABANDONED to the Creditor, and that the Creditor may proceed with the sale or other disposition of the Property.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

16-018888_FXF