United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12195-jkf
Dawn K. Burrows                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi            Page 1 of 3              Date Rcvd: Sep 16, 2016
                             Form ID: 210U          Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
```
db          +Dawn K. Burrows,    54 Ivy Court,    Quakertown, PA 18951-2766
cr          +CSC USDA, RURAL DEVELOPMENT,    PO BOX 66879,    ST. LOUIS, MO 63166-6879
cr          +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13269471    #Abington Emergency Physicians,    PO Box 3012,    Wilmington, DE 19804-0012
13269472    +Abington Memorial Hospital,    1200 Old York Road,    Abington, PA 19001-3788
13269475    +Apothaker & Associates, P.C.,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
13269476    +Arrow Financial Services, LLC,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
13269479    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 982238,   El Paso, TX  79998-2238)
13269480     Begley, Carlin & Mandio, LLP,    ATTN: Nathan D. Fox, Esq.,    PO Box 308,
              Langhorne, PA  19047-0308
13269481     Berkheimer,   PO Box 25153,    Lehigh Valley, PA  18002-5153
13269517    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: TMobile Bankruptcy Team,     PO Box 53410,   Bellevue, WA  98015-3410)
13269483    #+CBE Group,   131 Tower Park Drive,    Suite 100,    Waterloo, IA 50701-9374
13269484     Chase Bank,   PO Box 15298,    Wilmington, DE  19886-5298
13269485     Citibank,   PO Box 6241,    Sioux Falls, SD  57117-6241
13269486     Citibank,   PO Box 6500,    Sioux Falls, SD  57117-6500
13269490     DirectV, LLC,   Business Service Center,    PO Box 5392,    Miami, FL  33152-5393
13269493     EOS CCA,   700 Longwater Drive,    Norwell, MA  02061-1624
13269494     Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ  08054-7388
13269495    +First National Collect. Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
13269496     Grimley Financial,    30 Washington Avenue,    Suite C-6,    Haddonfield, NJ  08033-3341
13269497     Home Depot Credit Services,    PO Box 689100,    Des Moines, IA  50368-9100
13269498     Household Bank,    PO Box 15521,    Wilmington, DE  19850-5521
13269499    +Hudson & Keyse, LLC,    382 Blackbrook Road,    Painesville, OH 44077-1294
13269500    +KML Law Group, P.C.,    Thomas I. Puleo, Esq.,    701 Market St., Ste. 5000,
              Philadelphia, PA 19106-1541
13284996    +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
13269501    +LDC Collection Systems,    1617 JFK Blvd.,    Suite 575,    Philadelphia, PA 19103-1821
13269503    +LVNV Funding, LLC,    700 Executive Center Drive,    # 300,   Greenville, SC 29615-4555
13269502     Literary Guild Select Book Club,    PO Box 916400,    Rantoul, IL  61866-6400
13269504    +National Financial Systems,    PO Box 9046,    Hicksville, NY 11802
13269505    +North Shore Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
13269506     PP&L,   827 Hausman Road,    Allentown, PA  18104-9392
13375068    +PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
13269508     Quaker's Green Community Assoc.,    300 Quaker's Way,    Quakertown, PA  18951-2776
13293975    +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13269512     Santander Consumer USA,    ATTN: Bankruptcy Dept.,    PO Box 560284,    Dallas, TX  75356-0284
13294341    +Santander Consumer USA Inc.,    PO Box 961245,    Ft. Worth, TX 76161-0244
13632164    +Santander Consumer USA Inc.,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
              110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13269513     St. Luke's Quakertown Campus,    1021 Park Avenue,    Quakertown, PA  18951
13269514    +St. Luke's Univ. Hlth Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13269515     Synergetic Communications, Inc,    5450 N. W. Central #1000,    Houston, TX 77092-2016
13269516    +The Bradford Exchange Jewelry,    9333 N. Milwaukee Avenue,    Niles, IL 60714-1392
13323548    +U.S. Dept. of Agriculture,    c/o Thomas I. Puleo, Esq.,    KML Law Group PC,
              701 Market St., Ste. 5000,    Phila., PA 19106-1541
13269520     US Asset Management, Inc.,    700 Longwater Drive,    Norwell, MA  02061-1624
13269521    +USDA Rural Housing Service,    Central Servicing Center,    PO Box 66506,
              Saint Louis, MO 63166-6506
13322237     USDA, RURAL DEVELOPMENT,    CENTRALIZED SERVICING CENTER,    ATTN: BKR DEPT,    PO BOX 66879,
              ST. LOUIS, MO 63166-6879
13301892    +United Auto Credit Corporation,    1071 Camelback, Suite 100,    Newport Beach , CA 92660-3046
13269518     United Auto Group,    PO Box 9945,    Newport Beach, CA  92658-1945
13269523    +WFNNB - Victoria's Secret,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:08:58     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:37
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13269473    +E-mail/Text: EBNProcessing@afni.com Sep 17 2016 02:08:20     AFNI,    PO Box 3097,
              Bloomington, IL 61702-3097
13269474    +E-mail/Text: EBNProcessing@afni.com Sep 17 2016 02:08:20     AFNI,    PO Box 3517,
              Bloomington, IL 61702-3517
13269478     E-mail/Text: g20956@att.com Sep 17 2016 02:09:35     AT&T Mobility,    PO Box 537104,
              Atlanta, GA  30353-7104
```

```
District/off: 0313-2          User: Randi                 Page 2 of 3                  Date Rcvd: Sep 16, 2016
                              Form ID: 210U               Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13390103       +E-mail/Text: g20956@att.com Sep 17 2016 02:09:35      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13284063        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2016 02:03:35
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
13315559        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2016 02:04:15
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13269477        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 17 2016 02:08:07      Asset Acceptance,
                 PO Box 2041,    Warren, MI 48090-2041
13273622       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 17 2016 02:08:07      Asset Acceptance LLC,
                 PO Box 2036,    Warren MI 48090-2036
13269482       +E-mail/Text: cms-bk@cms-collect.com Sep 17 2016 02:07:15      Capital Management Services,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13269487       +E-mail/Text: equiles@philapark.org Sep 17 2016 02:09:42      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
13302791       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2016 02:08:31
                 Collecto Us Asset Managemnt, Inc.,    c o Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
13269491        E-mail/Text: Bankruptcy.Consumer@dish.com Sep 17 2016 02:08:09      Dish Network,    PO Box 4034,
                 Woburn, MA 01888-4034
13269492        E-mail/Text: bankruptcynotices@dcicollect.com Sep 17 2016 02:09:34
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
13283392        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2016 02:08:31      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13281635        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:04:40      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13335259        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:03:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13335260        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:04:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13269507        E-mail/Text: bankruptcynotices@pch.com Sep 17 2016 02:07:15      Publishers Clearing House,
                 PO Box 4002936,    Des Moines, IA 50340-2936
13269511       +E-mail/Text: Supportservices@receivablesperformance.com Sep 17 2016 02:09:41       RPM,
                 20816 44th Ave W,    Lynnwood, WA 98036-7799
13269509        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:03:27
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13269519        E-mail/Text: bnc@alltran.com Sep 17 2016 02:06:59      United Recovery Systems, LP,
                 PO Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
13269526*      +AFNI,   PO Box 3097,    Bloomington, IL 61702-3097
13269527*      +AFNI,   PO Box 3517,    Bloomington, IL 61702-3517
13269531*       AT&T Mobility,    PO Box 537104,    Atlanta, GA 30353-7104
13269524*       Abington Emergency Physicians,    PO Box 3012,    Wilmington, DE 19804-0012
13269525*      +Abington Memorial Hospital,    1200 Old York Road,    Abington, PA 19001-3788
13269528*      +Apothaker & Associates, P.C.,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
13269529*      +Arrow Financial Services, LLC,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
13269530*       Asset Acceptance,    PO Box 2041,    Warren, MI 48090-2041
13269532*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2238)
13269533*       Begley, Carlin & Mandio, LLP,    ATTN: Nathan D. Fox, Esq.,    PO Box 308,
                 Langhorne, PA 19047-0308
13269534*       Berkheimer,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13269570*     ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: TMobile Bankruptcy Team,     PO Box 53410,    Bellevue, WA 98015-3410)
13269536*      +CBE Group,    131 Tower Park Drive,    Suite 100,    Waterloo, IA 50701-9374
13269535*      +Capital Management Services,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13269537*       Chase Bank,    PO Box 15298,    Wilmington, DE 19886-5298
13269539*       Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
13269538*       Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
13269540*      +City of Philadelphia,    Parking Violations Branch,    PO Box 41818,
                 Philadelphia, PA 19101-1818
13269541*      +Convergent Outsourcing, Inc.,    10750 Hammerly Blvd.,    # 200,   Houston, TX 77043-2317
13269489*      +Dawn K. Burrows,    54 Ivy Court,    Quakertown, PA 18951-2766
13269542*      +Dawn K. Burrows,    54 Ivy Court,    Quakertown, PA 18951-2766
13269543*      +DirectV, LLC,    Business Service Center,    PO Box 5392,    Miami, FL 33152-5393
13269544*       Dish Network,    PO Box 4034,    Woburn, MA 01888-4034
13269545*       Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
13269546*       EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13269547*       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13269548*      +First National Collect. Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
13269549*       Grimley Financial,    30 Washington Avenue,    Suite C-6,    Haddonfield, NJ 08033-3341
13269550*       Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
```

```
District/off: 0313-2          User: Randi                 Page 3 of 3                  Date Rcvd: Sep 16, 2016
                              Form ID: 210U               Total Noticed: 72

            ***** BYPASSED RECIPIENTS (continued) *****
13269551*         Household Bank,    PO Box 15521,    Wilmington, DE  19850-5521
13269552*        +Hudson & Keyse, LLC,    382 Blackbrook Road,    Painesville, OH 44077-1294
13269553*        +KML Law Group, P.C.,    Thomas I. Puleo, Esq.,    701 Market St., Ste. 5000,
                   Philadelphia, PA 19106-1541
13269554*        +LDC Collection Systems,    1617 JFK Blvd.,    Suite 575,    Philadelphia, PA 19103-1821
13269556*        +LVNV Funding, LLC,    700 Executive Center Drive,    # 300,    Greenville, SC 29615-4555
13269555*         Literary Guild Select Book Club,    PO Box 916400,    Rantoul, IL 61866-6400
13269557*        +National Financial Systems,    PO Box 9046,    Hicksville, NY 11802
13269558*        +North Shore Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
13269559*         PP&L,    827 Hausman Road,    Allentown, PA 18104-9392
13269560*         Publishers Clearing House,    PO Box 4002936,    Des Moines, IA 50340-2936
13269561*         Quaker's Green Community Assoc.,    300 Quaker's Way,    Quakertown, PA 18951-2776
13269563*         RJM Acquisitions, LLC,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
13269564*        +RPM,    20816 44th Ave W,    Lynnwood, WA 98036-7799
13269562*         Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
13269565*         Santander Consumer USA,    ATTN: Bankruptcy Dept.,    PO Box 560284,    Dallas, TX 75356-0284
13269566*         St. Luke's Quakertown Campus,    1021 Park Avenue,    Quakertown, PA 18951
13269567*        +St. Luke's Univ. Hlth Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13269568*         Synergetic Communications, Inc,    5450 N. W. Central #1000,    Houston, TX 77092-2016
13269569*        +The Bradford Exchange Jewelry,    9333 N. Milwaukee Avenue,    Niles, IL 60714-1392
13269573*         US Asset Management, Inc.,    700 Longwater Drive,    Norwell, MA 02061-1624
13269574*        +USDA Rural Housing Service,    Central Servicing Center,    PO Box 66506,
                   Saint Louis, MO 63166-6506
13269571*         United Auto Group,    PO Box 9945,    Newport Beach, CA 92658-1945
13269572*         United Recovery Systems, LP,    PO Box 722929,    Houston, TX 77272-2929
13269575*        +Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
13269576*        +WFNNB - Victoria's Secret,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
13269488        ##+Convergent Outsourcing, Inc.,    10750 Hammerly Blvd.,    # 200,    Houston, TX 77043-2317
13269510         ##RJM Acquisitions, LLC,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
13269522        ##+Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
                                                                                              TOTALS: 0, * 54, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    United States Department of Agriculture
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Debtor Dawn K. Burrows dianamdixonesq@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    United States Department of Agriculture
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Dawn K. Burrows                                           Case No: 14−12195−jkf

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 9/16/16

For The Court

Timothy B. McGrath
Clerk of Court

84
Form 210U