**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**: Dawn K. Burrows                    :Bankruptcy No. 14-12195

        Debtor                                  :Cpt 13 (Converted to Cpt 7 on 09-16-16)

# PRAECIPE TO AMEND

**TO THE CLERK**:

Kindly amend the petition and docket as follows:

(  ) Correct the address of Debtor(s)

(  ) Correct the name of Debtor(s)

(  ) Correct the address of counsel

(  ) Correct the name of counsel

( XX ) Other - Change the address of Debtor

    Kindly amend the petition of the Debtor as follows:

**Debtor's New Address:**

**833 Seneca Street**
**Apartment 2**
**Fountain Hill, PA  18015**
**(Lehigh County)**

                                      Diana M. Dixon
                                      107 N. Broad Street
                                      Suite 307
                                      Doylestown, PA 18901

                                      S/Diana M. Dixon, Esquire
                                      Diana M. Dixon, Esquire