B6F (Official Form 6F) (12/07)

In re **Dawn K. Burrows**, Case No. **14-12195**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6411**<br><br>**Abington Emergency Physicians**<br>**PO Box 3012**<br>**Wilmington, DE 19804-0012** | | - | Medical Bills | | | | 412.00 |
| Account No. **xxxxxx1662**<br><br>**Abington Memorial Hospital**<br>**1200 Old York Road**<br>**Abington, PA 19001** | | - | Medical Bills | | | | 150.00 |
| Account No.<br><br>**Grimley Financial**<br>**30 Washington Avenue**<br>**Suite C-6**<br>**Haddonfield, NJ 08033-3341** | | | Representing:<br>**Abington Memorial Hospital** | | | | Notice Only |
| Account No. **xx4650**<br><br>**Arrow Financial Services, LLC**<br>**5996 W. Touhy Avenue**<br>**Niles, IL 60714** | | - | Collection Debt | | | | 27,982.79 |

__11__ continuation sheets attached

Subtotal (Total of this page)    **28,544.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn K. Burrows**, Case No. **14-12195**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Apothaker & Associates, P.C.**<br>**520 Fellowship Road**<br>**C306**<br>**Mount Laurel, NJ 08054** | | | **Representing:**<br>**Arrow Financial Services, LLC** | | | | Notice Only |
| Account No. **xxx1345**<br>**AT&T Mobility**<br>**PO Box 537104**<br>**Atlanta, GA 30353-7104** | | - | **Telephone Bill** | | | | 1,415.23 |
| Account No.<br>**EOS CCA**<br>**700 Longwater Drive**<br>**Norwell, MA 02061-1624** | | | **Representing:**<br>**AT&T Mobility** | | | | Notice Only |
| Account No.<br>**US Asset Management, Inc.**<br>**700 Longwater Drive**<br>**Norwell, MA 02061-1624** | | | **Representing:**<br>**AT&T Mobility** | | | | Notice Only |
| Account No. **5357**<br>**AT&T Wireless**<br>**PO Box 755**<br>**Atwater, CA 95301-0755** | | - | **Telephone Bill** | | | | 687.27 |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,102.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Case No. **14-12195**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2317** <br><br> **Diversified Consultants, Inc.** <br> **PO Box 551268** <br> **Jacksonville, FL 32255-1268** | | | Representing: <br> **AT&T Wireless** | | | | Notice Only |
| Account No. **xxxxxx0803** <br><br> **Bank of America** <br> **PO Box 982238** <br> **El Paso, TX 79998-2238** | | - | **Overdraft** | | | | 483.04 |
| Account No. <br><br> **RJM Acquisitions, LLC** <br> **575 Underhill Blvd.** <br> **Suite 224** <br> **Syosset, NY 11791-3416** | | | Representing: <br> **Bank of America** | | | | Notice Only |
| Account No. **9891** <br><br> **Berkheimer** <br> **PO Box 25153** <br> **Lehigh Valley, PA 18002-5153** | | - | **2010 -2012 Per Capital Taxes** | | | | 81.50 |
| Account No. **xxx3501** <br><br> **Chase Bank** <br> **PO Box 15298** <br> **Wilmington, DE 19886-5298** | | - | **Credit Card Debt** | | | | 11,850.00 |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **12,414.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Case No. **14-12195**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Hudson & Keyse, LLC**<br>**382 Blackbrook Road**<br>**Painesville, OH 44077** | | | **Representing:**<br>**Chase Bank** | | | | **Notice Only** |
| Account No. **xxxxx8022**<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500** | | - | **Credit Card Debt** | | | | 3,450.33 |
| Account No.<br>**Convergent Outsourcing, Inc.**<br>**10750 Hammerly Blvd.**<br>**# 200**<br>**Houston, TX 77043** | | | **Representing:**<br>**Citibank** | | | | **Notice Only** |
| Account No.<br>**LVNV Funding, LLC**<br>**700 Executive Center Drive**<br>**# 300**<br>**Greenville, SC 29615** | | | **Representing:**<br>**Citibank** | | | | **Notice Only** |
| Account No. **xxxx0808**<br>**Citibank**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117-6241** | | - | **Credit Card Debt** | | | | 2,830.34 |

Sheet no. **3** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,280.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn K. Burrows**, Case No. **14-12195**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Capital Management Services**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | **Representing:**<br>**Citibank** | | | | **Notice Only** |
| Account No.<br>**LVNV Funding, LLC**<br>**700 Executive Center Drive**<br>**# 300**<br>**Greenville, SC 29615** | | | **Representing:**<br>**Citibank** | | | | **Notice Only** |
| Account No.<br>**Resurgent Capital Services**<br>**PO Box 10587**<br>**Greenville, SC 29603-0587** | | | **Representing:**<br>**Citibank** | | | | **Notice Only** |
| Account No.<br>**RPM**<br>**20816 44th Ave W**<br>**Lynnwood, WA 98036** | | | **Representing:**<br>**Citibank** | | | | **Notice Only** |
| Account No. **xxxxxxxx5923**<br>**City of Philadelphia**<br>**Parking Violations Branch**<br>**PO Box 41818**<br>**Philadelphia, PA 19101** | | - | **Collection Debt** | | | | **91.00** |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **91.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Case No. **14-12195**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> LDC Collection Systems <br> 1617 JFK Blvd. <br> Suite 575 <br> Philadelphia, PA 19103-1840 | | | Representing: <br> City of Philadelphia | | | | Notice Only |
| Account No. **xxxxx5020** <br><br> DirectV, LLC <br> Business Service Center <br> PO Box 5392 <br> Miami, FL 33152-5393 | | - | Television Bill | | | | 46.12 |
| Account No. <br><br> CBE Group <br> 131 Tower Park Drive <br> Suite 100 <br> Waterloo, IA 50701 | | | Representing: <br> DirectV, LLC | | | | Notice Only |
| Account No. **xxxxxxx5601** <br><br> Dish Network <br> PO Box 4034 <br> Woburn, MA 01888-4034 | | - | Satellite Bill | | | | 51.26 |
| Account No. <br><br> AFNI <br> PO Box 3517 <br> Bloomington, IL 61702 | | | Representing: <br> Dish Network | | | | Notice Only |

Sheet no. **5** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **97.38**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Case No. **14-12195**
   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AFNI<br>PO Box 3097<br>Bloomington, IL 61702 | | | Representing:<br>Dish Network | | | | Notice Only |
| Account No. xxxxxxxxxxxx4946<br><br>Home Depot Credit Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 | | - | Credit Card Debt | | | | 2,475.62 |
| Account No.<br><br>Capital Management Services<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210 | | | Representing:<br>Home Depot Credit Services | | | | Notice Only |
| Account No.<br><br>LVNV Funding, LLC<br>700 Executive Center Drive<br># 300<br>Greenville, SC 29615 | | | Representing:<br>Home Depot Credit Services | | | | Notice Only |
| Account No. xxxxxxxxxx4656<br><br>Household Bank<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | - | Credit Card Debt | | | | 7,327.13 |

Sheet no. __6__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **9,802.75**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Case No. **14-12195**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**National Financial Systems**<br>**PO Box 9046**<br>**Hicksville, NY 11801-1040** | | | **Representing:**<br>**Household Bank** | | | | **Notice Only** |
| Account No.<br>**Lansdale Hospital**<br>**Business Services Dept.**<br>**1200 Old York Road**<br>**Quakertown, PA 18951-2766** | | - | **Medical Bill** | | | | **4,360.00** |
| Account No. **xxxxx2237**<br>**Literary Guild Select Book Club**<br>**PO Box 916400**<br>**Rantoul, IL 61866-6400** | | - | **Book Purchases** | | | | **71.77** |
| Account No.<br>**RJM Acquisitions, LLC**<br>**575 Underhill Blvd.**<br>**Suite 224**<br>**Syosset, NY 11791-3416** | | | **Representing:**<br>**Literary Guild Select Book Club** | | | | **Notice Only** |
| Account No. **xxxxxx2014**<br>**PP&L**<br>**827 Hausman Road**<br>**Allentown, PA 18104-9392** | | - | **Electric Bill** | | | | **1,904.01** |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,335.78**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Case No. **14-12195**
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx5419<br>Publishers Clearing House<br>PO Box 4002936<br>Des Moines, IA 50340-2936 | | - | Book Purchases | | | | 45.91 |
| Account No. 3190<br>Springhouse Internal Medicine<br>1200 Old York Road<br>Abington, PA 19001 | | - | Medical Bill | | | | 205.00 |
| Account No. xxxx9689<br>St. Luke's Quakertown Campus<br>1021 Park Avenue<br>Quakertown, PA 18951 | | - | Medical Bills | | | | 371.40 |
| Account No.<br>Financial Recoveries<br>PO Box 1388<br>Mount Laurel, NJ 08054-7388 | | | Representing:<br>St. Luke's Quakertown Campus | | | | Notice Only |
| Account No. xxxxxxx0276<br>St. Luke's Univ. Hlth Network<br>801 Ostrum Street<br>Bethlehem, PA 18015 | | - | Medical Bills | | | | 371.40 |

Sheet no. **8** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **993.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Debtor

Case No. **14-12195**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8001**<br>**The Bradford Exchange Jewelry**<br>**9333 N. Milwaukee Avenue**<br>**Niles, IL 60714** | - | | **Purchases** | | | | **96.74** |
| Account No.<br>**North Shore Agency**<br>**270 Spagnoli Road**<br>**Suite 110**<br>**Melville, NY 11747** | | | **Representing:**<br>**The Bradford Exchange Jewelry** | | | | **Notice Only** |
| Account No. **xxxxx7134**<br>**The Bradford Exchange Jewelry**<br>**9333 N. Milwaukee Avenue**<br>**Niles, IL 60714** | - | | **Purchases** | | | | **96.74** |
| Account No. **2826**<br>**TMobile Bankruptcy Team**<br>**PO Box 53410**<br>**Bellevue, WA 98015-3410** | - | | **Telephone Bill** | | | | **629.31** |
| Account No.<br>**United Recovery Systems, LP**<br>**PO Box 722929**<br>**Houston, TX 77272-2929** | | | **Representing:**<br>**TMobile Bankruptcy Team** | | | | **Notice Only** |

Sheet no. **9** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **822.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dawn K. Burrows**                                                        ,                Case No. __**14-12195**__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9001  <br>**United Auto Group**  <br>**PO Box 9945**  <br>**Newport Beach, CA 92658-1945** | - | | **Car Deficiency** | | | | 3,843.53 |
| Account No.  <br>**Synergetic Communications, Inc**  <br>**5450 N. W. Central #1000**  <br>**Houston, TX 77092-2016** | | | **Representing:**  <br>**United Auto Group** | | | | Notice Only |
| Account No. xxxx6387  <br>**Verizon**  <br>**PO Box 33078**  <br>**Saint Petersburg, FL 33733** | - | | **Telephone Bill** | | | | 874.97 |
| Account No.  <br>**Diversified Consultants, Inc.**  <br>**PO Box 551268**  <br>**Jacksonville, FL 32255-1268** | | | **Representing:**  <br>**Verizon** | | | | Notice Only |
| Account No. xxxx9114  <br>**WFNNB - Victoria's Secret**  <br>**Bankruptcy Department**  <br>**PO Box 182125**  <br>**Columbus, OH 43218-2124** | - | | **Credit Card Debt** | | | | 656.88 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    **5,375.38**

B6F (Official Form 6F) (12/07) - Cont.

In re **Dawn K. Burrows**, Case No. **14-12195**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Asset Acceptance** <br> **PO Box 2041** <br> **Warren, MI 48090-2041** | | | **Representing:** <br> **WFNNB - Victoria's Secret** | | | | **Notice Only** |
| Account No. <br> **First National Collect. Bureau** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | | | **Representing:** <br> **WFNNB - Victoria's Secret** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **72,861.29**