IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Dawn K. Burrows :Bankruptcy No. 14-12195

Debtor :Chapter 13

CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, on November 3, 2016, pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, did post, by regular mail or by electronic means, send a copy of the Notice of the 341 Meeting and the amendment to Schedule F to the following:

Dawn K. Burrows
54 Ivy Court
Quakertown, PA  18951

William C. Miller, Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA  19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

Bonnie B. Finkel
PO Box 1710
Cherry Hill, NJ  08034-0091

AT&T Mobility
PO Box 537104
Atlanta, GA  30353-7104

Lansdale Hospital
Business Services Dept.
1200 Old York Road
Abington, PA  19001

Springhouse Internal Medicine
1200 Old York Road
Abington, PA  19001

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, PA  32255-1268

      The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

<u>S/Diana M. Dixon, Esquire</u>
**DIANA M. DIXON, Esquire**
**107 N. Broad St.**
**Suite 307**
**Doylestown, PA  18901**
**215-348-1500**