## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Dawn Burrows | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 14-12195-JKF |
| | : | |
| | : | |

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor(s) has/have failed to appear at two (2) scheduled §341 Meeting of Creditors on 10/18/16 and 11/4/16.

DATED this 18th day of November, 2016.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
Maria Borgesi
Paralegal