# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| **Dawn K. Burrows,** | : | |
| Debtor. | : | Case No. 14-12195 (JKF) |

## ORDER TO SHOW CAUSE

**AND NOW**, this 21st day of November, 2016, the court having been apprised that the debtor has failed to appear for a scheduled section 341(a) meeting,

It is hereby ordered that the debtor shall appear in Bankruptcy Courtroom No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania on **December 7, 2016 at 9:30 a.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

It is further ordered that if the debtor fails to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Dawn K. Burrows
833 Seneca Street, Apt. 2
Fountain Hill, PA  18015

Bonnie B. Finkel, Esquire
P.O. Box 1710
Cherry HIll, NJ  08034

Diana M. Dixon, Esquire
107 North Broad Street, Suite 307
Doylestown, PA  18901

George M. Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107