United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 14-12195-jkf
Dawn K. Burrows                                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi            Page 1 of 1             Date Rcvd: Nov 21, 2016
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db           +Dawn K. Burrows,    833 Seneca St.,    Apt. 2,    Fountain Hill, PA 18015-2636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    United States Department of Agriculture
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DIANA M. DIXON    on behalf of Debtor Dawn K. Burrows dianamdixonesq@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    United States Department of Agriculture
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| **Dawn K. Burrows,** | : | |
| Debtor. | : | Case No. 14-12195 (JKF) |

## ORDER TO SHOW CAUSE

**AND NOW**, this 21st day of November, 2016, the court having been apprised that the debtor has failed to appear for a scheduled section 341(a) meeting,

It is hereby ordered that the debtor shall appear in Bankruptcy Courtroom No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania on **December 7, 2016 at 9:30 a.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

It is further ordered that if the debtor fails to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Dawn K. Burrows
833 Seneca Street, Apt. 2
Fountain Hill, PA  18015

Bonnie B. Finkel, Esquire
P.O. Box 1710
Cherry HIll, NJ  08034

Diana M. Dixon, Esquire
107 North Broad Street, Suite 307
Doylestown, PA  18901

George M. Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107