United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dawn K. Burrows  
    Debtor

Case No. 14-12195-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Dec 08, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.  
db          +Dawn K. Burrows,    833 Seneca St.,    Apt. 2,    Fountain Hill, PA 18015-2636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    United States Department of Agriculture  
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         BONNIE B. FINKEL     finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
         DIANA M. DIXON     on behalf of Debtor Dawn K. Burrows dianamdixonesq@gmail.com  
         THOMAS I. PULEO     on behalf of Creditor    United States Department of Agriculture  
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.  
           mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                                                                                                                                 TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Dawn K. Burrows    Chapter 7

Debtor(s).    Bankruptcy No. 14-12195-JKF

**ORDER**

AND NOW, this 7th day of December, 2016, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Bonnie Finkel on January 5, 2017 at the Middletown Municipal Center, 3 Municipal Way, Public Hall, Langhorne, PA 19047 at 1:00 p.m.** Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest. This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on January 11, 2017, at 9:30 a.m., Bankruptcy Courtroom No.3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania, for the purpose of determining whether the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee