United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dawn K. Burrows  
     Debtor

Case No. 14-12195-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Feb 02, 2017  
                    Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.  
db          +Dawn K. Burrows,   833 Seneca St.,   Apt. 2,   Fountain Hill, PA 18015-2636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    United States Department of Agriculture  
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
        DIANA M. DIXON    on behalf of Debtor Dawn K. Burrows dianamdixonesq@gmail.com  
        THOMAS I. PULEO    on behalf of Creditor    United States Department of Agriculture  
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.  
         mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
                                                                                                 TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Dawn K. Burrows                                           : Case No. 14–12195–jkf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , February 2, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                                     By The Court

                                                                     Jean K. FitzSimon
                                                                     Judge , United States Bankruptcy Court