United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12195-jkf
Dawn K. Burrows                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 4              Date Rcvd: Feb 02, 2017
                              Form ID: 318             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
```
db              +Dawn K. Burrows,    833 Seneca St.,    Apt. 2,    Fountain Hill, PA 18015-2636
13269471        #Abington Emergency Physicians,    PO Box 3012,    Wilmington, DE 19804-0012
13269472        +Abington Memorial Hospital,    1200 Old York Road,    Abington, PA 19001-3788
13269475        +Apothaker & Associates, P.C.,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
13269476        +Arrow Financial Services, LLC,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
13269480         Begley, Carlin & Mandio, LLP,    ATTN: Nathan D. Fox, Esq.,    PO Box 308,
                 Langhorne, PA 19047-0308
13269481         Berkheimer,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13269489       #+Dawn K. Burrows,    54 Ivy Court,    Quakertown, PA 18951-2766
13474321        +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13269490         DirectV, LLC,    Business Service Center,    PO Box 5392,    Miami, FL 33152-5393
13269493         EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13269494         Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13269495        +First National Collect. Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
13269496         Grimley Financial,    30 Washington Avenue,    Suite C-6,    Haddonfield, NJ 08033-3341
13269497         Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
13269499        +Hudson & Keyse, LLC,    382 Blackbrook Road,    Painesville, OH 44077-1294
13269500        +KML Law Group, P.C.,    Thomas I. Puleo, Esq.,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
13269501        +LDC Collection Systems,    1617 JFK Blvd.,    Suite 575,   Philadelphia, PA 19103-1821
13269503        +LVNV Funding, LLC,    700 Executive Center Drive,    # 300,   Greenville, SC 29615-4555
13818682        +Lansdale Hospital,    Business Service Dept.,    1200 Old York Road,    Abington, PA 19001-3720
13269502         Literary Guild Select Book Club,    PO Box 916400,    Rantoul, IL 61866-6400
13269504        +National Financial Systems,    PO Box 9046,    Hicksville, NY 11802
13269505        +North Shore Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
13269506         PP&L,    827 Hausman Road,    Allentown, PA 18104-9392
13375068        +PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
13269508         Quaker's Green Community Assoc.,    300 Quaker's Way,    Quakertown, PA 18951-2776
13632164        +Santander Consumer USA Inc.,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
                 110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13818684        +Springhouse Internal Medicine,    1200 Old York Road,    Abington, PA 19001-3720
13269513         St. Luke's Quakertown Campus,    1021 Park Avenue,    Quakertown, PA 18951
13269514        +St. Luke's Univ. Hlth Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13269515         Synergetic Communications, Inc,    5450 N. W. Central #1000,    Houston, TX 77092-2016
13269516        +The Bradford Exchange Jewelry,    9333 N. Milwaukee Avenue,    Niles, IL 60714-1392
13323548        +U.S. Dept. of Agriculture,    c/o Thomas I. Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13269520         US Asset Management, Inc.,    700 Longwater Drive,    Norwell, MA 02061-1624
13301892        +United Auto Credit Corporation,    1071 Camelback, Suite 100,    Newport Beach , CA 92660-3046
13269518         United Auto Group,    PO Box 9945,    Newport Beach, CA 92658-1945
13839178        +United States Dept. of Agriculture,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 01:51:16      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2017 01:51:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13269473        +EDI: AFNIRECOVERY.COM Feb 03 2017 01:38:00      AFNI,    PO Box 3097,
                 Bloomington, IL 61702-3097
13269474        +EDI: AFNIRECOVERY.COM Feb 03 2017 01:38:00      AFNI,    PO Box 3517,
                 Bloomington, IL 61702-3517
13269478         EDI: CINGMIDLAND.COM Feb 03 2017 01:38:00      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
13390103        +EDI: CINGMIDLAND.COM Feb 03 2017 01:38:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
13284063         EDI: AIS.COM Feb 03 2017 01:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
13315559         EDI: AIS.COM Feb 03 2017 01:38:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
13269477         EDI: ACCE.COM Feb 03 2017 01:38:00      Asset Acceptance,    PO Box 2041,
                 Warren, MI 48090-2041
13273622        +EDI: ACCE.COM Feb 03 2017 01:38:00      Asset Acceptance LLC,    PO Box 2036,
                 Warren MI 48090-2036
13269479         EDI: BANKAMER.COM Feb 03 2017 01:38:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
13269517         EDI: AISTMBL.COM Feb 03 2017 01:38:00      TMobile Bankruptcy Team,    PO Box 53410,
                 Bellevue, WA 98015-3410
13269482        +E-mail/Text: cms-bk@cms-collect.com Feb 03 2017 01:51:00      Capital Management Services,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
```

```
District/off: 0313-2          User: Randi                 Page 2 of 4                  Date Rcvd: Feb 02, 2017
                              Form ID: 318                Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13269484       EDI: CHASE.COM Feb 03 2017 01:38:00      Chase Bank,    PO Box 15298,
                Wilmington, DE  19886-5298
13269486       EDI: CITICORP.COM Feb 03 2017 01:38:00      Citibank,    PO Box 6500,
                Sioux Falls, SD  57117-6500
13269485       EDI: CITICORP.COM Feb 03 2017 01:38:00      Citibank,    PO Box 6241,
                Sioux Falls, SD  57117-6241
13269487      +E-mail/Text: equiles@philapark.org Feb 03 2017 01:51:53      City of Philadelphia,
                Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
13302791      +EDI: JEFFERSONCAP.COM Feb 03 2017 01:38:00      Collecto Us Asset Managemnt, Inc.,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13269488      +EDI: CONVERGENT.COM Feb 03 2017 01:38:00      Convergent Outsourcing, Inc.,
                10750 Hammerly Blvd.,    # 200,    Houston, TX 77043-2317
13269491       EDI: ESSL.COM Feb 03 2017 01:38:00      Dish Network,    PO Box 4034,    Woburn, MA  01888-4034
13269492       EDI: DCI.COM Feb 03 2017 01:38:00      Diversified Consultants, Inc.,    PO Box 551268,
                Jacksonville, FL  32255-1268
13269492       E-mail/Text: bankruptcynotices@dcicollect.com Feb 03 2017 01:51:50
                Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL  32255-1268
13269498       EDI: HFC.COM Feb 03 2017 01:38:00      Household Bank,    PO Box 15521,
                Wilmington, DE  19850-5521
13283392       EDI: JEFFERSONCAP.COM Feb 03 2017 01:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
13284996      +EDI: FORD.COM Feb 03 2017 01:38:00      Kia Motors Finance,    PO Box 20825,
                Fountain Valley, CA 92728-0825
13281635       EDI: RESURGENT.COM Feb 03 2017 01:38:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                P.O. Box 10675,    Greenville, SC 29603-0675
13335259       EDI: RESURGENT.COM Feb 03 2017 01:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13335260       EDI: RESURGENT.COM Feb 03 2017 01:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Vion Holdings LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13269507       E-mail/Text: bankruptcynotices@pch.com Feb 03 2017 01:51:00      Publishers Clearing House,
                PO Box 4002936,    Des Moines, IA  50340-2936
13269511      +E-mail/Text: Supportservices@receivablesperformance.com Feb 03 2017 01:51:51      RPM,
                20816 44th Ave W,    Lynnwood, WA 98036-7799
13269509       EDI: RESURGENT.COM Feb 03 2017 01:38:00      Resurgent Capital Services,    PO Box 10587,
                Greenville, SC  29603-0587
13269512       EDI: DRIV.COM Feb 03 2017 01:38:00      Santander Consumer USA,    ATTN: Bankruptcy Dept.,
                PO Box 560284,    Dallas, TX  75356-0284
13293975      +EDI: DRIV.COM Feb 03 2017 01:38:00      Santander Consumer USA,    Po Box 560284,
                Dallas, TX 75356-0284
13294341      +EDI: DRIV.COM Feb 03 2017 01:38:00      Santander Consumer USA Inc.,    PO Box 961245,
                Ft. Worth, TX 76161-0244
13269521      +EDI: USDARHS.COM Feb 03 2017 01:38:00      USDA Rural Housing Service,
                Central Servicing Center,    PO Box 66506,    Saint Louis, MO 63166-6506
13322237       EDI: USDARHS.COM Feb 03 2017 01:38:00      USDA, RURAL DEVELOPMENT,
                CENTRALIZED SERVICING CENTER,    ATTN: BKR DEPT,    PO BOX 66879,    ST. LOUIS, MO 63166-6879
13269519       EDI: URSI.COM Feb 03 2017 01:38:00      United Recovery Systems, LP,    PO Box 722929,
                Houston, TX  77272-2929
13269522      +EDI: VERIZON.COM Feb 03 2017 01:38:00      Verizon,    PO Box 33078,
                Saint Petersburg, FL 33733-8078
13269523      +EDI: WFNNB.COM Feb 03 2017 01:38:00      WFNNB - Victoria's Secret,    Bankruptcy Department,
                PO Box 182125,    Columbus, OH 43218-2125
                                                                                                TOTAL: 40

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13269526*     +AFNI,    PO Box 3097,    Bloomington, IL 61702-3097
13269527*     +AFNI,    PO Box 3517,    Bloomington, IL 61702-3517
13269531*      AT&T Mobility,    PO Box 537104,    Atlanta, GA  30353-7104
13818679*      AT&T Mobility,    PO Box 537104,    Atlanta, GA  30353-7104
13269524*      Abington Emergency Physicians,    PO Box 3012,    Wilmington, DE  19804-0012
13269525*     +Abington Memorial Hospital,    1200 Old York Road,    Abington, PA 19001-3788
13269528*     +Apothaker & Associates, P.C.,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
13269529*     +Arrow Financial Services, LLC,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
13269530*      Asset Acceptance,    PO Box 2041,    Warren, MI  48090-2041
13269532*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX  79998-2238)
13269533*      Begley, Carlin & Mandio, LLP,    ATTN: Nathan D. Fox, Esq.,    PO Box 308,
                Langhorne, PA  19047-0308
13269534*      Berkheimer,    PO Box 25153,    Lehigh Valley, PA  18002-5153
13269570*    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: TMobile Bankruptcy Team,     PO Box 53410,    Bellevue, WA  98015-3410)
13269536*     +CBE Group,    131 Tower Park Drive,    Suite 100,    Waterloo, IA 50701-9374
13269535*     +Capital Management Services,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13269537*      Chase Bank,    PO Box 15298,    Wilmington, DE  19886-5298
13269539*      Citibank,    PO Box 6500,    Sioux Falls, SD  57117-6500
13269538*      Citibank,    PO Box 6241,    Sioux Falls, SD  57117-6241
```

```
District/off: 0313-2              User: Randi                Page 3 of 4                  Date Rcvd: Feb 02, 2017
                                  Form ID: 318               Total Noticed: 76


              ***** BYPASSED RECIPIENTS (continued) *****
13269540*       +City of Philadelphia,    Parking Violations Branch,    PO Box 41818,
                  Philadelphia, PA 19101-1818
13269541*       +Convergent Outsourcing, Inc.,    10750 Hammerly Blvd.,    # 200,   Houston, TX 77043-2317
13269542*       +Dawn K. Burrows,    54 Ivy Court,    Quakertown, PA 18951-2766
13269543*        DirectV, LLC,    Business Service Center,    PO Box 5392,    Miami, FL 33152-5393
13269544*        Dish Network,    PO Box 4034,    Woburn, MA 01888-4034
13269545*        Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
13818685*        Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
13269546*        EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13269547*        Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13269548*       +First National Collect. Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
13269549*        Grimley Financial,    30 Washington Avenue,    Suite C-6,    Haddonfield, NJ 08033-3341
13269550*        Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
13269551*        Household Bank,    PO Box 15521,    Wilmington, DE 19850-5521
13269552*       +Hudson & Keyse, LLC,    382 Blackbrook Road,    Painesville, OH 44077-1294
13269553*       +KML Law Group, P.C.,    Thomas I. Puleo, Esq.,    701 Market St., Ste. 5000,
                  Philadelphia, PA 19106-1541
13269554*       +LDC Collection Systems,    1617 JFK Blvd.,    Suite 575,    Philadelphia, PA 19103-1821
13269556*       +LVNV Funding, LLC,    700 Executive Center Drive,    # 300,   Greenville, SC 29615-4555
13269555*        Literary Guild Select Book Club,    PO Box 916400,    Rantoul, IL 61866-6400
13269557*       +National Financial Systems,    PO Box 9046,    Hicksville, NY 11802
13269558*       +North Shore Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
13269559*        PP&L,    827 Hausman Road,    Allentown, PA 18104-9392
13269560*        Publishers Clearing House,    PO Box 4002936,    Des Moines, IA 50340-2936
13269561*        Quaker’s Green Community Assoc.,    300 Quaker’s Way,    Quakertown, PA 18951-2776
13269563*        RJM Acquisitions, LLC,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
13269564*       +RPM,    20816 44th Ave W,    Lynnwood, WA 98036-7799
13269562*        Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13269565*        Santander Consumer USA,    ATTN: Bankruptcy Dept.,    PO Box 560284,    Dallas, TX 75356-0284
13269566*        St. Luke’s Quakertown Campus,    1021 Park Avenue,    Quakertown, PA 18951
13269567*       +St. Luke’s Univ. Hlth Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13269568*        Synergetic Communications, Inc,    5450 N. W. Central #1000,    Houston, TX 77092-2016
13269569*       +The Bradford Exchange Jewelry,    9333 N. Milwaukee Avenue,    Niles, IL 60714-1392
13269573*        US Asset Management, Inc.,    700 Longwater Drive,    Norwell, MA 02061-1624
13269574*       +USDA Rural Housing Service,    Central Servicing Center,    PO Box 66506,
                  Saint Louis, MO 63166-6506
13269571*        United Auto Group,    PO Box 9945,    Newport Beach, CA 92658-1945
13269572*        United Recovery Systems, LP,    PO Box 722929,    Houston, TX 77272-2929
13269575*       +Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
13269576*       +WFNNB - Victoria’s Secret,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
13269483       ##+CBE Group,    131 Tower Park Drive,    Suite 100,    Waterloo, IA 50701-9374
13269510       ##RJM Acquisitions, LLC,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
                                                                                               TOTALS: 0, * 55, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi              Page 4 of 4            Date Rcvd: Feb 02, 2017
                              Form ID: 318             Total Noticed: 76
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    United States Department of Agriculture
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          DIANA M. DIXON    on behalf of Debtor Dawn K. Burrows dianamdixonesq@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    United States Department of Agriculture
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dawn K. Burrows** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9891** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **14–12195–jkf** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dawn K. Burrows

<u>2/2/17</u>                                                    **By the court:**  <u>Jean K. FitzSimon</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                              **Order of Discharge**                                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**